# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEBORAH BRYSON  
620 LANAE WAY  
SOUTH BELOIT, IL  61080  

SSN-xxx-xx-8306

Case Number: 07-71762

Case filed on: 7/25/2007  
Plan Confirmed on: 12/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,300.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 3,000.00 | 3,000.00 | 1,645.16 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,645.16 | 0.00 |
| 015 | NATIONAL ASSET RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PENTAGROUP FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,989.41 | 1,989.41 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 1,254.56 | 1,254.56 | 0.00 | 0.00 |
|  | Total Priority | 3,243.97 | 3,243.97 | 0.00 | 0.00 |
| 999 | DEBORAH BRYSON | 0.00 | 0.00 | 540.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 540.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 25,422.83 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,422.83 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 144.00 | 14.40 | 0.00 | 0.00 |
| 003 | ACCOUNT SOLUTIONS GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BAC / FLEET-BKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANCO POPULAR DE PR | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANCO POPULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL 1 BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CONSECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TSYS TOTAL DEBT MANAGEMENT | 94.37 | 9.44 | 0.00 | 0.00 |
| 013 | MERRICK BANK CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MONOGRAM BANK N AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ST. ALEXIUS EMERGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 911.78 | 91.18 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 231.27 | 23.13 | 0.00 | 0.00 |
| 021 | CREDITORS BANKRUPTCY SERVICE | 1,733.59 | 173.36 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPARTMENT OF REVENUE | 272.24 | 27.22 | 0.00 | 0.00 |
|  | Total Unsecured | 3,387.25 | 338.73 | 0.00 | 0.00 |
|  | Grand Total: | 35,054.05 | 6,582.70 | 2,185.16 | 0.00 |

Total Paid Claimant:    $2,185.16  
Trustee Allowance:      $114.84  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan